B-20-199

United States District Court
Southern District of Texas
FILED

NOV 30 2020

David J. Bradley, Clerk of Court

Nov 19-2020

David Greg Gonzales

Complaint and Demand for Jury Trial

UNITED STATES OF AMERICA DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
United States Courthouse
Brownsville, Texas

Civil Action # _____

Reynaldo G. Garza - Filemon B. Vela

David Greg Gonzales
Plaitiff - Appellant

Vs

Willacy County Sheriff's Dept and Jail Administrator's
Major Andy Maldando
Cheif Admin Rene Ramirez
Andrew Maldando of Raymondville, Texas in Willacy County
Kori Guzman Sgt    Defendants etal, Appellees

## Parties

1. David Greg Gonzales is an individual [Plaintiff] Appellant residing at 1687 APT A21 E. Hildalgo Willacy County 78580 Raymondville, Texas, is filing suit against the above entitled Defendants on the Day of November 19, 2020

2. Major Andy Maldando is an individual [Defendant] residing at 1371 Industrial Drive Willacy County Raymondville, Texas Appellee 78580

3. Cheif Admin Rene Ramirez is an individual [Defendant] residing at 1371 Industrail Drive Willacy County Raymondville, Texas Appellee 78580

4. Andrew Maldando is an individual [Defendant] residing at 523 W. Hildalgo Willacy County Raymondville, Texas Appellee 78580

[OBRA] Omnibus Budget Reconciliation Acts Which Congress passed Bill in 1987. Then too follow The Food and Drug Administration made similar recommendation in 1991 for acute care setting in Corrections and Jail Standards. Use of Restraints that are not followed by these Guidelines are held as direct and proximate Negligence and are liable for Actual Damages Compensatory Damages; and Premetory Damages. [OBRA] Guidelines that where not followed by (Defendants) as following

- You can only use restraint as last resort
- You must have a Doctor's or Nurse's order
- You must use restraint appropriate for Inmates condition and only for as long as necessary - according to Doctor's or Nurses orders
- document the threating Behavior with aduio, visual rec;
- document in written report of threating Behavior Restrain Inmate according to Jail Standards Policy
- Describe specific allowable circumstances Document the Behavior that justifies continued use of the restraintment
- check on Inmate every [15 minutes] including wrists or legs restraintment for proper circulation and motor functions and sensory functions in the restrained extremities
- Remove the restraints at 30 min-intervals specified by Doctor's or Nurses Orders
- Also allowing Inmate for toileting and active or passive range of motion exercises in Inmates Limbs

## Facts

On November 21, 2019 threw January 29, 2020 On July 26, 27-2020; and July 29- open date 2020 [Defendant's] are guilty of (Battery, False Imprisoment, lack of Informed Consent, and denail of 1st amendment right of freedom of religion, speech, press, assembly; petition; 4th amendment right protection against unreasonable search and seizure; 5th amendment right - right of accused persons - right to due process; just compensation; and 8th amendment right protections against excessive bail and cruel and unusual punishment

### First Claim for Relief
### Battery, False Imprisoment, and Lack of Informed Consent

[Plaintiff] (David Greg Gonzales) according to §Pro Se and in Forma Pauperis complaint was on the on the above intitled facts [Plaintiff] was Illegally restrained and restraintment chair was used in Duress of Life and Liberty while he was an Inmate of Willacy County Sheriff's Dept and Jail in Raymondville, Texas on Dates Nov-21, 2019 threw Jan. 29, 2020, [Defendants] (Major Andy Maldando, Cheif, Admin Rene Ramirez, Andrew Maldando; and Willacy County Sheirrf's Dept and Jail) fell guilty off using restraints and restraintment chair for 24 hours on one occassion. Falling short of, Not used without Doctor's or Nyrser Knowledge and failed to follow Guide Guidelines

5. Willacy County Sheriff's Dept and Jail is individual [Defendant] residing at 1371 Industrial Drive Willacy County Raymondville, Texas Appellee 78580

6. Kori Guzman srt is an individual [Defendant] residing at 1371 Industrial Drive Willacy County Raymondville, Texas Appellee 78580

David Grey
1687 E. Hidalgo Apt A21
Raymondville, TX 78580

MCALLEN TX 785



MAIL
United States District Court
Southern District of Texas

NOV 30 2020

RECEIVED
David J. Bradley, Clerk of Court

United States District
Court Southern District
of Texas Clerk
Reynaldo G. Garza-Filemon Bvela
United States Courthouse
600 E. Harrison Street #101
Brownsville, Texas 78520-7114