UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID GREG GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-199 |
| | § | |
| WILLACY COUNTY SHERIFF'S DEPARTMENT, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 30, 2020, Plaintiff David Greg Gonzales filed this action, but did not pay the filing fee or move to proceed *in forma pauperis*. (Complaint, Doc. 1) On January 29, 2021, the Magistrate Judge ordered that he pay the filing fee or move to proceed *in forma pauperis* by March 1, 2021. (Order, Doc. 7) The Order was sent by certified mail to Gonzales's last known address, and receipt of delivery was signed. (Receipt, Doc. 9)

On June 7, over three months after the deadline, Gonzales had still not complied with the January 29 Order. The Magistrate Judge issued a Report and Recommendation, recommending that the complaint be dismissed without prejudice for want of prosecution. (Doc. 10) A copy of the Report and Recommendation was sent by certified mail to Gonzales's last known address, and receipt of delivery was signed on June 9. (Receipt, Doc. 12) No party filed objections. The Court finds no plain error in the Report and Recommendation.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 10). It is:

**ORDERED** that Plaintiff David Greg Gonzales's causes of action in his Complaint (Doc. 1) are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to close this matter.

Signed on June 25, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge